**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LUIS A. COELLO-UDIEL,

    Petitioner,

           v.

CLAIR DOLL, et al.,

    Respondents.

NO. 3:17-CV-1414

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 14th day of May, 2018, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 6) is **REJECTED**.

(2)     Coello-Udiel's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

(3)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge